IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EARL A. KRAMER, JR., | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | CA #05-1762 |
| | ) | |
| v. | ) | |
| | ) | |
| CSX TRANSPORTATION INC., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

We, the attorneys for the respective parties, do hereby stipulate that the matters in controversy between the parties have been settled.

Accordingly, it is hereby stipulated and agreed that this matter be dismissed with prejudice.

Dated this 20th day of April, 2007.

MOODY, STROPLE, KLOEPPEL                 BURNS, WHITE & HICKTON
  BASILONE & HIGGINBOTHAM, INC.


By:  s/ Paul G. Moody                     By:  s/ Stephen A. Hall
Paul G. Moody, Esquire                    Stephen A. Hall, Esquire
VA ID # 45678, Admitted *pro hac vice*    PA ID#84046
Moody, Strople, Kloeppel,                 Burns, White & Hickton
  Basilone & Higginbotham, Inc.           Four Northshore Center
500 Crawford Street, Suite 300            106 Isabella Street
Portsmouth, Virginia 23705                Pittsburgh, PA 15212-5805
(757) 393-4093                            (412) 995-3000
Email: pmoody@moodyrrlaw.com              Email: sahall@bwhllc.com
*Attorneys for Plaintiff*                 *Attorneys for CSX Transportation, Inc.*

| | |
|---|---|
| WHITE AND WILLIAMS LLP | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| By: /s Steven J. Forry<br>Steven J. Forry, Esquire<br>PA ID #73961<br>White & Williams<br>The Frick Building, Suite 1001<br>437 Grant Street<br>Pittsburgh, PA 15219<br>(412) 566-3520<br>Email: forrys@whiteandwilliams.com<br>*Attorneys for Plaintiff* | By: /s J. Lawston Johnston<br>J. Lawson Johnston, Esquire<br>PA ID #19792<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place<br>Suite 400<br>Pittsburgh, PA 15222<br>(412) 392-5317<br>Email: ljohnston@dmclaw.com<br>*Attorneys for*<br>*Buffalo & Pittsburgh Railroad, Inc.* |

In accordance with the above Stipulation,

IT IS SO ORDERED:

Dated: 4/23/07

UNITED STATES DISTRICT JUDGE

2